ATTACHMENT B

| AD-10 Rev. 1/93 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, §§101-111) |

| 1. Person Reporting (Last name, first, middle initial)  Miles-LaGrange, Vicki L. | 2. Court or Organization  United States District Court  Western District of Oklahoma | 3. Date of Report  9/22/94 |
| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type)  X Nomination, Date 9 / 22 / 94  __ Initial  __ Annual  __ Final | 6. Reporting Period |
| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report, it is, in my opinion, in compliance with applicable laws and regulations ____  Reviewing Officer Signature _____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| Representative | Attorney General's Advisory Committee (Attorney General Janet Reno) |
| Board of Directors | Moran Children's Museum |
| Trustee | Oklahoma City University          (con't next page) |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements) | |
| May 1993 | Jerry Kirksey, Esq. - Four outstanding personal injury cases |
| | Fred McCann, Esq.- One personal injury case; One insurance interpleader case |

*The terms of my agreement with both of these attorneys on outstanding cases referred in the contingent and other cases is 1/3rd of net unless tried, then 25% of net.

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| Jan.-Sept. 1993 | Oklahoma State Senate - Gross Salary | $ 23,518.83 |
| Jan.-Sept. 1993 | Miles-LaGrange & Associates - Gross Law Office Income | $ 65,102.00 |
| Jan. 1993 | Bill Cosby's "You Bet Your Life" Show - Gross TV Game Show Winnings | $ 1,069.50 |
| 1993 | Palm Beaches Medical Center | $      (S) |
| | | $ |

Digitized by Google

2

AO-19
Rev. 1/93

# FINANCIAL DISCLOSURE REPORT

Report Required by the Ethics
Reform Act of 1989, Pub. L. No.
101-194, November 30, 1989
(5 U.S.C.A. App. 6, §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Miles-LaGrange, Vicki L. | | 9/22/94 |

| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) ___ Nomination, Date_____ ___ Initial ___ Annual ___ Final | 6. Reporting Period |
|---|---|---|
| | | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report, it is, in my opinion, in compliance with applicable laws and regulations ___ Reviewing Officer Signature _____ |
|---|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|

☐ NONE (No reportable positions)     (Current) **

| Trustee | University of the Ozarks |
|---|---|
| Board of Directors | Oklahoma Foundation for Excellence |
| Executive Board | Last Frontier Council, Boy Scouts of America |

(con't next page)

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|

☐ NONE (No reportable agreements)

| | |
|---|---|
| | |
| | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|

☐ NONE (No reportable non-investment income) ** (For Legal Services Rendered)
** (Compensation Other Than From U.S. Govt., In Excess of $5,000.00 In Past 2 Yrs.)

| (A) For Settlement of Personal Injury Cases | $_____ |
|---|---|
| 1) Maryland Casualty Company | $_____ |
| 2) Mid-Continent Insurance Company | $_____ |
| 3) State Farm Fire & Casualty Company | $_____ |
| 4) Allstate | $ |
| 5) The Hartford Insurance Group | |

Digitized by Google

3

# FINANCIAL DISCLOSURE REPORT

Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, 98101-112)

AO-10 Rev. 1/93

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Miles-LaGrange, Vicki L. | | 9/22/94 |

| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) ___ Nomination, Date_____ ___ Initial ___ Annual ___ Final | 6. Reporting Period |
|---|---|---|

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report, it is, in my opinion, in compliance with applicable laws and regulations ___ Reviewing Officer Signature _____ |
|---|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | (Last Two Preceding Years)** |
| Partner: Officer | Miles-LaGrange & Associates (Law Practice) |
| Board of Directors | Oklahoma City Public School Foundation |
| Board of Directors | Eastside YWCA |
| Board of Directors | A Chance for Youth |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements) | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| (B) For Settlement of Wrongful Death Case | | $ |
| 1) Norman & Eden | | $ |
| (C) For Outside Counsel Work | | $ |
| 1) Resolution Trust Corporation | | $ |
| | | $ |

Digitized by Google

4

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Vicki Miles-LaGrange | 9/22/94 |

## IV. REIMBURSEMENTS and GIFTS -- transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| NONE (No such reportable reimbursements or gifts) | |
| EXEMPT | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| NONE (No such reportable gifts) | | |
| EXEMPT | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES.
(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-15 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| NONE (No reportable liabilities) | | |
| Tiber Island Cooperative Homes, Inc. | Washington, D.C. Condominium jointly owned with my Father | L |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

* VALUE CODES:  J = $15,000 or less   K = $15,001 to $50,000   L = $50,001 to $100,000   M = $100,001 to $250,000
  N = $250,001 to $500,000   O = $500,001 to $1,000,000   P = More than $1,000,000

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Vicki Miles-LaGrange | Date of Report<br>9/22/94 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code[1]<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code[2]<br>(J-P) | (2)<br>Value<br>Method<br>Code[3]<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemp-<br>tion) | If not exempt from disclosure | | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value[2]<br>Code<br>(J-P) | (4)<br>Gain:<br>Code[2]<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) | |
| ☐  NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| 1 Condominium<br>Washington, D.C. | NONE | | L | R | EXEMPT | | | | | |
| 2  *Jointly owned w/Father | | | | | | | | | | |
| 3  *Purchased 1981<br>*$70,000.00 | | | | | | | | | | |
| 4 Undeveloped Land<br>Ocala, Florida | NONE | | J | W | EXEMPT | | | | | |
| 5 State Street Research<br>Merrill Lynch (Adm.) | NONE | | J | W | EXEMPT | | | | | |
| 6  *Mutual Fund | | | | | | | | | | |
| 7 Okla. State Employees' Retirement<br>(Defined Benefit Plan) | NONE | | K | W | EXEMPT | | | | | |
| 8 Accounts Receivable<br> * Fred McCann, Esq. | B | | J | W | EXEMPT | | | | | |
| 9  * Jerry Kirksey, Esq.<br> * See Part II For Explanation | NONE | | J | W | EXEMPT | | | | | |
| 10 U.S.Savings Bond | NONE | | J | W | EXEMPT | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20  *No expectation of benefits from spouse's assets | | | | | | | | | | |

1 Income/Gain Codes:   A=$1,000 or less    B=$1,001 to $2,500    C=$2,501 to 5,000    D=$5,001 to $15,000
(See Col. B1 & D4)   E=$15,001 to $50,000    F=$50,001 to $100,000    G=$100,001 to $1,000,000    H=More than $1,000,000
2 Value Codes:   J=$15,000 or less    K=$15,001 to $50,000    L=$50,001 to $100,000    M=$100,001 to $250,000
(See Col. C1 & D3)   N=$250,001 to $500,000    O=$500,001 to $1,000,000    P=More than $1,000,000
3 Value Method Codes:   Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(See Col. C2)   U=Book Value    V=Other    W=Estimated


Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Vicki Miles-LaGrange | 9/22/94 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _Vicki Miles-LaGrange_      Date _September 22, 1994_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

---

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

Digitized by Google

## NET WORTH

Describe a complete, current financial net worth statement which itemizes in detail ... ... including bank accounts, real estate, securities, trusts, investments, and other financial ... ... all liabilities (including debts, mortgage, loans, and other financial obligations) of ... ... your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|
| Cash on hand and in banks | 1,500 | 00 | Notes payable to banks—secured | 24,253 | 00 | See Sch. C |
| U.S. Government securities—add schedule | | | Notes payable to banks—unsecured | | | |
| Listed securities—add schedule | 4,846 | 00 | Notes payable to relatives | | | |
| Unlisted securities—add schedule | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | Accounts and bills due | | | |
| Due from relatives and friends | | | Unpaid income tax | | | |
| Due from others | | | Other unpaid tax and interest | | | |
| Doubtful | | | Real estate mortgages payable—add schedule | | | |
| Real estate owned—add schedule Estimate | 210,000 | 00 | Chattel mortgages and other liens payable | 110,177 | 00 |
| Real estate mortgages receivable | | | Other debts—itemize | | | |
| Autos and other personal property | 81,725 | 00 | | | | |
| Cash value—life insurance | | | | | | |
| Other assets—itemize  Retirement | 15,493 | 00 | | | | |
| | | | Total liabilities | 134,430 | 00 | |
| | | | Net Worth | 178,596 | 00 | |
| Total Assets | 313,58 | 00 | Total liabilities and net worth | 313,58 | 00 | |
| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor (Spouse's Car) | Approx. 6,000 | 00 | Are any assets pledged? (Add schedule) Except mortgaged real estate | No | | |
| On leases or contracts As of 2/94 Auto Lease for 3 years | 319 | 00 Monthly | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | None | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | |
| Other special debt | | | | | | |

Digitized by Google